# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: MEDICAL REVIEW PANEL
OF PATRICE DANIELLE DAWSON

NO.  2024 CW 0560

**AUGUST 26, 2024**

---

In Re:   B.R.A.S.S.  Surgery  Center,  applying  for  supervisory
writs,  19th  Judicial  District  Court,  Parish  of  East
Baton Rouge, No. 742655.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND STROMBERG, JJ.**

**WRIT DENIED.**

JMG
EW

**Stromberg, J.,** dissents and would not consider the writ
application because relator failed to include a copy of the
judgment complained of in violation of the Uniform Rules of
Louisiana Courts of Appeal, Rule 4-5(C)(6).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT